JS-6

Thomas N. FitzGibbon (SBN: 169194)
TNF@ptflaw.com
**PFEIFFER THIGPEN FITZGIBBON & ZIONTZ, LLP**
233 Wilshire Boulevard, Ste. 220
Santa Monica, CA  90401
Telephone: (310) 451-5800
Facsimile: (310) 496-3175

Attorneys for Plaintiff
*American General Life Insurance Company*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, a Texas corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>GAYLE CALMA, ANTHONY M. PALMIERI, IRMA A. PALMIERI, and VINCENT G. PALMIERI,<br><br>    Defendants. | Case No. SACV10-800-CJC (MLGx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

      This Order Dismissing Entire Action With Prejudice Pursuant To Stipulation (the "**Order**") is made with reference to the following findings of fact:

      A.    American General filed the Complaint for Declaratory Relief and Interpleader (the "**Complaint**") commencing this litigation against Defendants Gayle Calma ("**Calma**"), Anthony M. Palmieri ("**Anthony**"), Vincent G. Palmieri ("**Vincent**") and Irma A. Palmieri ("**Irma**")(Calma, Anthony, Vincent and Irma collectively referred to as "**Defendants**" and Plaintiff and Defendants collectively

1 referred to as the "**Parties**") on June 8, 2010. Each of the Defendants answered the
2 Complaint.

3      B.     The Parties agreed to a settlement of the dispute in late January which was
4 embodied in a written settlement agreement that resolved the entire Action.

5      C.     The Parties have executed a written Stipulation (the "**Stipulation**") to
6 dismiss the Action in its entirety with prejudice.

7      Pursuant to the Stipulation and because good cause appears therefor,

8      **IT IS HEREBY ORDERED THAT:**

9      1.     The Complaint is dismissed with prejudice.

10      2.     This Action is concluded in its entirety.

11      3.     The only payments required by any Party are set forth in the Settlement
12 Agreement, and no Party is entitled to any attorneys' fees or costs as a result of the
13 entry of this Dismissal.

DATED: March 30, 2011

_____
Hon. Cormac J. Carney
Judge of the District Court

**Pfeiffer Thigpen FitzGibbon & Ziontz, LLP**
233 Wilshire Blvd., Suite 220
Santa Monica, California 90401

Case No. SACV10-800-CJC (MLGx)    -2-    ORDER DISMISSING ACTION WITH PREJUDICE